**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELISSA SANCHEZ and BEVERLY CASSEL, on behalf of themselves, the general public and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NURTURE, INC., a Delaware Corporation,<br><br>Defendant. | CASE NO. 5:21-cv-08566-EJD<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANT NURTURE, LLC'S *EX PARTE* APPLICATION TO STAY CASE PENDING NINTH CIRCUIT'S RULING ON RULE 23(f) PETITION IN *HOWARD V. HAIN*** ~~, OR, IN THE ALTERNATIVE, FOR AN ORDER SHORTENING TIME TO HEAR NURTURE, LLC'S MOTION TO STAY~~<br><br>**\* AS MODIFIED \*** |

**[PROPOSED] ORDER**

Upon consideration of Defendant Nurture, LLC's *Ex Parte* Application to Stay Case Pending Ninth Circuit's Ruling on Rule 23(f) Petition in *Howard v. Hain*, or, in the Alternative, for an Order Shortening Time to Hear Nurture, LLC's Motion to Stay (the "Application"), and all pleadings, papers, and other documents filed by the parties in connection therewith, and all other matters presented to the Court, and good cause having been shown:

**IT IS HEREBY ORDERED** that the Application is **GRANTED** and that:

1. The case is stayed until the Ninth Circuit issues a final decision on the Rule 23(f) petition regarding the denial of the plaintiffs' motion for class certification without leave to amend in *Howard v. The Hain Celestial Grp., Inc.*, No. 3:22-cv-527-VC (N.D. Cal. Feb. 22, 2024), ECF No. 151.

2. ~~The Court hereby shortens the time to hear Nurture, LLC's Motion to Stay and will hear argument on _____. Plaintiffs' deadline to file an opposition is one week from the date of this Order.~~ **The parties shall file a joint status report regarding the pendency of the Ninth Circuit petition every 120 days. Within 14 days of the Ninth Circuit's issuance of a final decision in *Howard*, the parties shall file a joint status report so informing the Court. The joint status report shall include a proposed case schedule.**

3. **Defendant's Motion to Stay Case,** *see* **ECF No. 68, is TERMINATED AS MOOT.**

**IT IS SO ORDERED.**

Dated: April 3, 2024

The Honorable Edward J. Davila
United States District Judge
Northern District of California